Case 6:20-mj-00041 Document 1 Filed on 03/25/20 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED

MAR 25 2020

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Miguel Angel CEPEDA-Hernandez | Case Number: V-20-41M |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 24, 2020** in **Refugio** County, in the **Southern District Of Texas** defendant(s)

Miguel Angel CEPEDA-Hernandez, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Refugio, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 24, 2020, Miguel Angel CEPEDA-Hernandez, was encountered by Refugio County Sheriff's Deputy on a vehicle stop. Agents determined Miguel Angel CEPEDA-Hernandez to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Miguel Angel CEPEDA-Hernandez was ordered removed from the United States by a designated official on August 13, 2016 and was physically removed from the United States to Mexico on September 20, 2016 via Laredo, Texas. Miguel Angel CEPEDA-Hernandez stated he last entered the United States illegally on or about November 15, 2016 near Brownsville, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Ward, Aubrey    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

March 25, 2020                                    at    Corpus Christi, Texas
Date                                                      City/State

Jason B. Libby           U.S. Magistrate Judge
Name of Judge            Title of Judge              Signature of Judge

Case 6:20-mj-00041 Document 1 Filed on 03/25/20 in TXSD Page 2 of 2

CONTINUATION OF CRIMINAL COMPLAINT

United States Courts
Southern District of Texas
FILED

MAR 2 5 2020

David J. Bradley, Clerk of Court

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**

V.

Miguel Angel CEPEDA-Hernandez

**CRIMINAL COMPLAINT**

Case Number: V-20-41M

At this time, there is no evidence to indicate Miguel Angel CEPEDA-Hernandez has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to the Assistant United States Attorney's Office which accepted the case for prosecution of 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on 25th day of March, 2020

_____
Signature of Judicial Officer

Ward, Aubrey    Border Patrol Agent
Signature of Complainant